IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLAUDIA STEMPIEN, et al.,

Plaintiffs,

v.

ELI LILLY AND COMPANY and MCKESSON CORPORATION,

Defendants.

NO. C06-1811 TEH

ORDER GRANTING MOTION TO RELATE CASE AND ORDER STAYING CASE

This matter comes before the Court on Defendant Eli Lilly and Company's motion to relate *Alabiso, et al. v. Eli Lilly and Company, et al.*, Case No. 06-5390 SBA, to this case. No Plaintiffs have objected to Eli Lilly's motion, and the time for filing a response to the motion under Civil Local Rule 3-12 has now expired.

Having reviewed Eli Lilly's papers, the Court finds that the two cases meet the requirements for relation under Civil Local Rule 3-12. Accordingly, Eli Lilly's motion to relate cases is GRANTED. Pursuant to Civil Local Rule 3-12(f)(3), the Clerk shall reassign *Alabiso* to the undersigned judge. Counsel are instructed that all future filings shall bear the initials "TEH" immediately after the case number.

IT IS FURTHER ORDERED that *Alabiso* shall be STAYED, and the pending remand motion in *Alabiso* shall be VACATED, for the reasons set forth in this Court's May 4, 2006 order in *Stempien* (Case No. 06-1811, docket no. 26).

**IT IS SO ORDERED.**

Dated: 10/10/06

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT